SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN Bar No. 135910
ALISON WILLIAMS Bar No. 251689
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
stephanie.sheridan@sdma.com
alison.williams@sdma.com

Attorneys for Defendant
TOYOTA MOTOR SALES USA, INC.

Michael McShane (CA State Bar # 127944)
mmcshane@audetlaw.com
Jason T. Baker (CA State Bar # 212380
jbaker@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CONTRERAS and MADELINE HUNTER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES USA, INC.; and DOES 1 through 50,<br><br>Defendants. | No. 3:09-cv-06024 JSW<br><br>[~~PROPOSED~~] ORDER AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM *APRIL 9, 2010* TO *APRIL 16, 2010,* AT 1:30 P.M.<br><br>JUDGE: Hon. Jeffrey S. White<br>CTRM: 11, 19th Floor<br>DATE: April 16, 2010<br>TIME: 1:30 p.m. |

Pursuant to Local Rules 6-2 and 7-12, plaintiffs Mario Contreras and Madeline Hunter (collectively "plaintiffs") and defendant Toyota Motor Sales USA, Inc. ("defendant"), by and through their attorneys of record, agree and stipulate to continue the case management conference in the above-captioned case from April 9, 2010 to April 16, 2010, at 1:30 p.m., or until a date and time that is acceptable to the court.

1    The case management conference in this case is currently set for April 9, 2010, at 1:30
2    p.m. However, counsel for defendant is scheduled to mediate another matter on that day. The
3    parties have conferred and agreed to continue the case management conference until the court's
4    next available date, which the parties understand is April 16, 2010, at 1:30 p.m.

5    Because good cause exists to grant the stipulated continuance, neither side will be
6    prejudiced if the continuance is granted. The requested continuance is only for one week, and
7    therefore will not otherwise impact the schedule for this case.

8    This is the first request in this action to continue a case management conference. The
9    parties previously stipulated to extend defendant's time to respond to the amended complaint up
10    to and including until April 12, 2010.

11    The parties respectfully request that the court continue the case management conference
12    in the above-captioned case until April 16, 2010, at 1:30 p.m., or until a date and time that is
13    acceptable to the court.

14    IT IS SO STIPULATED.

15    Dated: March 23, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

17                        By _____
18                            Stephanie Sheridan
                            Attorneys for Defendant
19                            TOYOTA MOTOR SALES USA, INC.

20    Dated: March 23, 2010        AUDET & PARTNERS, LLP
21

23                        By _____
                            Michael McShane
24                            Attorneys for Plaintiffs

25    PURSUANT TO STIPULATION, IT IS SO ORDERED.
26
27    Dated: March 25, 2010        _____
                                Judge of the District Court
28

-2-