IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CONTRERAS and MADELINE HUNTER, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>TOYOTA MOTOR SALES USA, INC., and DOES 1 through 50,<br><br>  Defendants.<br>_____ / | No. C 09-06024 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on June 11, 2010 on Defendant's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 27, 2010 and a reply brief, if any, shall be filed by no later than May 4, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE