SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN  Bar No. 135910
ALISON WILLIAMS  Bar No. 251689
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
stephanie.sheridan@sdma.com
alison.williams@sdma.com

Attorneys for Defendant
TOYOTA MOTOR SALES USA, INC.

Michael McShane (CA State Bar # 127944)
mmcshane@audetlaw.com
Jason T. Baker (CA State Bar # 212380)
jbaker@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CONTRERAS and MADELINE HUNTER, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES USA, INC.; and DOES 1 through 50,<br><br>Defendants. | No. 3:09-cv-06024 JSW<br><br>[PROPOSED] ORDER AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM *JULY 9, 2010* TO *JULY 16, 2010,* AT 1:30 P.M.<br><br>JUDGE:   Hon. Jeffrey S. White<br>CTRM:    11, 19th Floor<br>DATE:    July 16, 2010<br>TIME:    1:30 p.m. |

Pursuant to Local Rules 6-2 and 7-12, plaintiffs Mario Contreras and Madeline Hunter (collectively "plaintiffs") and defendant Toyota Motor Sales USA, Inc. ("defendant"), by and through their attorneys of record, agree and stipulate to continue the case management conference in the above-captioned case from July 9, 2010 to July 16, 2010, at 1:30 p.m., or until a date and time that is acceptable to the court.

1  The case management conference in this case is currently set for July 9, 2010, at 1:30
2  p.m. However, counsel for defendant is scheduled to appear at a hearing in federal court in
3  White Plains, New York on that day. The parties have conferred and agreed to continue the case
4  management conference until the court's next available date, which the parties understand is July
5  16, 2010, at 1:30 p.m.

6  Because good cause exists to grant the stipulated continuance, neither side will be
7  prejudiced if the continuance is granted. The requested continuance is only for one week, and
8  therefore will not otherwise impact the schedule for this case.

9  This is the second request in this action to continue a case management conference. The
10 court previously granted the parties' request that the initial case management conference be
11 continued from April 9, 2010 until April 16, 2010. The parties also previously stipulated to
12 extend defendant's time to respond to the amended complaint up to and including until April 12,
13 2010.

14 The parties respectfully request that the court continue the case management conference
15 in the above-captioned case until July 16, 2010, at 1:30 p.m., or until a date and time that is
16 acceptable to the court.

17 IT IS SO STIPULATED.

18 Dated: April 27, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

19                              By      /s/ Stephanie Sheridan
20                                   Stephanie Sheridan
                                     Attorneys for Defendant
21                                   TOYOTA MOTOR SALES USA, INC.

22
23 Dated: April 27, 2010        AUDET & PARTNERS, LLP

24                              By      /s/ Jason Baker
                                     Jason Baker
25                                   Attorneys for Plaintiffs

The Court CONTINUES the case management conference to July 23, 2010 at 1:30 p.m.
26 ~~PURSUANT TO STIPULATION~~, IT IS SO ORDERED.

27
28 Dated: April 27, 2010        /s/ Jeffrey S. White
                                Judge of the District Court