United States District Court
For the Northern District of California

1

2

3

4                              IN THE UNITED STATES DISTRICT COURT

5

6                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  MARIO CONTRERAS and MADELINE
   HUNTER, on behalf of themselves and all        No. C 09-06024 JSW
8  others similarly situated,

9              Plaintiffs,                         **ORDER ON REMAND AND
                                                   SCHEDULING CASE
10    v.                                           MANAGEMENT CONFERENCE**

11 TOYOTA MOTOR SALES USA, INC., and
   DOES 1 through 50,
12
               Defendants.
13
   _____/
14

15        On June 18, 2010, the Court issued an Order granting Defendant's motion to dismiss for

16 lack of standing.  On June 5, 2012, the Ninth Circuit issued an opinion in which it affirmed the

17 dismissal but found that this Court should have granted Plaintiffs leave to amend.  The Court

18 has received the mandate from the Ninth Circuit.  Accordingly, it is HEREBY ORDERED that,

19 pursuant to the Ninth Circuit's opinion, Plaintiffs shall be granted leave to file an amended

20 complaint by no later than August 10, 2012.  Defendant's answer or responsive pleading shall

21 be due within the time permitted by the Federal Rules of Civil Procedure.  It is FURTHER

22 ORDERED that the parties shall appear for a case management conference on Friday, October

23 26, 2012 at 1:30 p.m.  The parties shall submit a joint case management statement by no later

24 than October 19, 2012.

25        **IT IS SO ORDERED.**

26 Dated: July 12, 2012

                                          _____
27                                        JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE
28