Michael McShane (CA State Bar # 127944)
mmcshane@audetlaw.com
Mariana S. Cole (CA State Bar # 269939)
mcole@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.982.1776
Facsimile: 415.568.2556

*Lead Counsel for Plaintiffs
and the Proposed Class
(Additional Counsel on Signature Page)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CONTRERAS and MADELINE HUNTER, on behalf of themselves and others similarly situated,<br><br>                              Plaintiffs,<br><br>    v.<br><br>TOYOTA MOTOR SALES USA, INC.; and DOES 1 through 50,<br><br>                              Defendants. | CASE NO. 3:09-cv-06024-JSW<br><br>**STIPULATION OF DISMISSAL WITH [PROPOSED] ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above identified action, by and through their respective counsel, hereby jointly stipulate to the following:

1. Plaintiffs Mario Contreras and Madeline Hunter's claims in the above-identified action are dismissed *with prejudice*;
2. Putative class claims in the above-identified action are dismissed *without prejudice*;

///

///

///

3. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  October 22, 2012                    AUDET & PARTNERS, LLP

                                                                    By:   /s/ Michael McShane
                                                                              Michael McShane
                                                                              Attorneys for Plaintiffs MARIO
                                                                              CONTRERAS and MADELINE HUNTER

Dated:  October 22, 2012                    SEDGWICK LLP

                                                                    By:   /s/ Stephanie Sheridan
                                                                              Stephanie Sheridan
                                                                               Attorneys for Defendant
                                                                              TOYOTA MOTOR SALES USA, INC.

PURSUANT TO STIPULATION AND THE FEDERAL RULES OF CIVIL PROCEDURE 23(e) AND 41(a)(1)(A)(ii), IT IS SO ORDERED.

Dated: October 22, 2012              .                    _____
                                                                                 JEFFREY S. WHITE
                                                                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Michael McShane, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL; [PROPOSED] ORDER.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Stephanie Sheridan has concurred in this filing.

                                                                                /s/  Michael McShane
                                                                                Michael McShane